UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIHUA OU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DITECH FINANCIAL, LLC,<br><br>　　　　Defendant. | Case No. 2:18-cv-03259-KJM-AC<br><br><br>ORDER |

On April 11, 2019, defendant Ditech Financial, LLC filed a notice of bankruptcy. ECF No. 4. On April 25, 2019, plaintiff Lihua Ou notified the court that she "believes an automatic stay pursuant to Section 362(a) of the Bankruptcy Code is appropriate at this time." ECF No. 6. Accordingly, the court STAYS the case and ORDERS the parties to file a joint status report every sixty (60) days addressing the status of the bankruptcy proceedings and whether the stay remains appropriate.

　　　　IT IS SO ORDERED.

DATED: May 1, 2019.

_____
UNITED STATES DISTRICT JUDGE

1